# PLAINTIFFS' EXHIBIT "D"

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Gary Motyke, Petitioner
v.
Kevin Motyke, Respondent

No. 21OP31015

### ORDER

This case coming to be heard on Respondent's motion to allow access to personal property; all parties present and informed. It is hereby ordered that the Respondent, Kevin Motyke shall be allowed to access and remove personal property at 1120 Glencrest Drive, Inverness, Illinois 60010. The Respondent shall be accompanied by a member of the Inverness Police Department. The date shall be set to allow for the convenience of all parties involved.

Attorney No.: 6257859
Name: Kenneth M. Alpert
Atty. for: Kevin Motyke
Address: 444 N. Northwest Highway, Ste 340
City/State/Zip: Park Ridge, IL 60068
Telephone: 847-421-6464

ENTERED:
**ENTERED**
Judge Joel L. Greenblatt - 1881
JAN 13 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Dated: _____

/s/ Judge          Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Plaintiffs" Exhibit " D "002 of 2