IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN D. MOTYKIE, | ) | |
| KATHERINE D. TORBICK, and | ) | |
| KATHERINE D. TORBICK, | ) | |
| as natural mother and next friend of JT, a minor, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 23-cv-01779 |
| | ) | |
| GARY MOTYKIE, M.D., | ) | |
| JOSEPH G. HOWARD, | ) | |
| LAW OFFICES OF JOSEPH HOWARD, P.C., | ) | Judge Jeremy C. Daniel |
| OFFICER JOSEPH BELMONTE, | ) | |
| OFFICER RANDY AKIN, | ) | |
| OFFICER SCOTT MAY, and | ) | |
| OFFICER ERNIE MEYERSON and | ) | |
| VILLAGE OF INVERNESS, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     See attached Proof of Service

PLEASE TAKE NOTICE that on September 30, 2025, at 9:30 a.m. or as soon hereafter as Counsel may be heard, I shall appear before the Honorable Judge Jeremy C. Daniel, Room 1419 in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the Second Motion for Enlargement of Time (from September 19, 2025, to September 20, 2025) to File Second Amended Complaint.

Respectfully submitted,

/s/ James J. Macchitelli

James J. Macchitelli

Attorney Number: 6208773
James J. Macchitelli
(Jimmymacclaw@gmail.com)
Attorney for Plaintiffs
1900 East Golf Road, Suite 950
Schaumburg, Illinois 60173
(847) 414-4532

## PROOF OF SERVICE

  I hereby certify that I electronically filed this Notice of Motion and Second Motion for Enlargement of Time with the Clerk of the Court and a copy was served on opposing attorneys pursuant to the District Court's ECF system on September 22, 2025, before 3:00 pm.

Thomas G. DiCianni
Ancel Glink, P.C.
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603
tdicianni@ancelglink.com

Lydia A. Bueschel
Valentine Austriaco & Bueschel, P.C.
300 East Randolph Street, Suite 3400
Chicago, Illinois 60601
lbueschel@vablawfirm.com
smorris@vablawfirm.com

Joseph R. Marconi
Ramses Jalalpour
Johnson & Bell, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770 (T)
marconij@jbltd.com
jalalpourr@jbltd.com

                /s/ James J. Macchitelli
                Attorney for Plaintiffs
                (Jimmymacclaw@gmail.com)
                1900 East Golf Road, Suite 950
                Schaumburg, Illinois 60173
                (847) 414-4532