# PLAINTIFFS' EXHIBIT "D"

Order

(02/25/21) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Gary Motyke
_____ v. _____ Petitioner

Kevin Motyke
_____ Respondent

No. 21OP31015

### ORDER

This case coming to be heard on Respondents motion to allow access to personal property; all parties present and informed. It is hereby ordered that the Respondent, Kevin Motyke shall be allowed to access and remove personal property at 1120 Glencrest Drive, INVERNESS, ILLINOIS 60010. The Respondent shall be accompanied by a member of the Inverness Police Department. The date shall be set to allow for the convenience of all parties involved

Attorney No.: 6257859

Name: Kenneth M. Alpert

Atty. for: Kevin Motyke

Address: 444 N. Northwest Highway Ste 340

City/State/Zip: Park Ridge, IL 60068

Telephone: 847-421-6464

ENTERED:

Dated: _____

ENTERED
Judge Joel L. Greenblatt - 1881
JAN 1 3 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_____ Judge

Judge's No.

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Plaintiffs" Exhibit " D "002 of 2