# PLAINTIFFS' EXHIBIT "I"

Plaintiffs' Exhibit " I " 001 of 13



|  | **INP** | **Reported On:** |
|---|---|---|
|  | 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 11/29/2021 8:52:13 PM |
| **CALL FOR SERVICE**<br>Case Report Number<br>INP21-001875 |  |  |

**Text:**

| User ID: | D011 | | Device ID: | DISP10 |
|---|---|---|---|---|

Comment Date/Time: 11/29/2021 8:53:57 PM
Comment Text: VEH IS GRY CHEV SUV, STILL IN DRIVEWAY

| User ID: | D011 | | Device ID: | DISP10 |
|---|---|---|---|---|

Comment Date/Time: 11/29/2021 8:54:20 PM
Comment Text: ***SUBJ KNOW TO CARRY A GUN AND A KNIFE, UNK IF HE HAS IT ON HIM TODAY***

| User ID: | D011 | | Device ID: | DISP10 |
|---|---|---|---|---|

Comment Date/Time: 11/29/2021 8:55:36 PM
Comment Text: SUBJ IFO HOUSE NOW

| User ID: | D011 | | Device ID: | DISP10 |
|---|---|---|---|---|

Comment Date/Time: 11/29/2021 8:57:03 PM
Comment Text: SUBJ STILL ON PORCH

| User ID: | D011 | | Device ID: | DISP10 |
|---|---|---|---|---|

| Unit ID: | INP/I173-C | Agency: | INP |
|---|---|---|---|
| Dispatch Date/Time: | 11/29/2021 8:52:30 PM | Enroute Date/Time: | 11/29/2021 8:54:01 PM |
| Arrive Date/Time: | 11/29/2021 8:59:15 PM | Clear Date/Time: | 11/29/2021 9:19:34 PM |
| Primary Unit Flag: | Yes | Temporary Unit Flag: | No |

**Officer**
016 - HISH, MIKE

| Unit ID: | INP/I175-C | Agency: | INP |
|---|---|---|---|
| Dispatch Date/Time: | 11/29/2021 8:52:30 PM | Enroute Date/Time: | 11/29/2021 8:53:11 PM |
| Arrive Date/Time: | 11/29/2021 8:56:18 PM | Clear Date/Time: | 11/29/2021 9:14:05 PM |
| Primary Unit Flag: | No | Temporary Unit Flag: | No |

**Officer**
022 - MYERSON, ERNIE





# BARRINGTON POLICE DEPARTMENT
## NARRATIVE

| OFFENSE ☐   CHARGE ☐   INCIDENT ☒ | | COMPLAINT NUMBER |
|---|---|---|
| THREAT REPORT/BURGLARY | | 2111-1071 |
| COMPLAINANT ☐   ARRESTEE ☐   VICTIM ☒ | SUPPLEMENT ☐   CONTINUATION ☒ | PAGE 2 OF 2 |
| MOTYKIE, GARY D | | |

**NARRATIVE**

IN SUMMARY: On 11/30/2021 at approximately 1218 hours, I was dispatched to a report of a burglary that occurred the previous night at 320 E Main St, with the complainant being located at the Barrington Police Department. I met with the complainants, Gary D Motykie and Nadia N Easterling, at the BPD and they began discussing how the Barrington Police were called to their business the previous night. Motykie stated his brother, Kevin Motykie, was claiming to be a part owner of the business, Motykie Med Spa, located at 320 E Main St, however has been stealing money from the business for years.

At this time, a call for a threat report was dispatched to the Motykie Med Spa, by an employee stating they are being followed currently by Kevin Motykie and Chris Bono. The caller stated Kevin was in a silver Range Rover and Bono was in an older silver SUV. I relayed this to my complainant, Gary, who stated Chris Bono lives with Kevin in Inverness. Gary stated he owns the house in Inverness, located at 1120 Glencrest Dr, and leases this residence to Kevin. Gary stated Kevin lets Bono reside with him, however Gary has no lease agreement with Bono. I then had Gary and Easterling follow me to the Med Spa to discuss the situation further, and to speak with their employee at that location. Officer Wisniewski was currently at this location and reported none of the offenders were currently on-scene.

Once at the Med Spa, Gary provided me a copy of his Articles of Incorporation in the State of Illinois, which Kevin is listed as the filing agent and Gary is listed as the sole owner. A copy of these Articles is attached to this report. I, later, verified this document to be accurate and correct with the Secretary of State's website for File Number #70732904 Motykie Med Spa of Illinois, S.C., in which Gary Motykie is the only listed Officers for the Incorporation. Med Spa employee, Joy Didomencio, reported she was followed to the business this afternoon by Kevin Motykie and Chris Bono. Didomencio reported Bono previously threatened her with a knife at the business (see report #2111-1070).2

Gary reported both Kevin and Bono threatened to steal items from the business and threatened to damage the business if they were not allowed access to the business, as Gary had changed the locks to the business recently. Gary was seeking a Restraining Order against both Kevin and Bono, as well as, a No Trespass Order to be issued to both parties for this location. Gary reports he has two units for rent above the Med Spa, however only one tenant in Unit 2R is permitted to reside here. The tenant is Karen M Sammons DOB:03/05/1972 TX:847-209-2212. Gary stated Bono never resided at this location and is unaware of how he was able to have his address listed at 320 E Main St. I advised Gary to contact the Secretary of State Police to see if they could assist in having Bono's address removed from their business, and advised this report may be forwarded to them regardless for a possible fraud investigation.

Above listed Land Rover was found via Soundex in LEADS, however is listed as a black Land Rover. Gary reports Kevin recently wrecked his Land Rover in crash while possibly DUI. Christopher M Bono DOB 02/06/1971 drives a 2006 Chevrolet Trailblazer bearing IL registration CF38673.

| REPORTING OFFICER | DATE/TIME | SUPERVISOR APPROVING |
|---|---|---|
| Off. J. McGowan, 318 | 11/30/2021 1400 HRS | 314 |

Plaintiffs' Exhibit "I" 003 of 13



| | INP | Reported On: |
|---|---|---|
| | 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 12/24/2021 12:04:43 PM |
| **CALL FOR SERVICE**<br>Case Report Number<br>INP21-001997 | | |

## CALL FOR SERVICE INFORMATION

**Verification:** V - Verified     **Verification Level:** 1
**Created Date/Time:** 12/24/2021 12:04:43 PM
**Location:** 1120 Glencrest Dr     **Location Name:**
**At Location/In Front:** At Location     **Location Description:**
**City:** INVERNESS
**State:**     **Zip:** 60010
**Subdivision:**     **Building:**     **Floor:**     **Apt./Unit No.:**

**Low Cross Street:** BORDEAUX CT     **High Cross Street:** NEWPORT LN
**Area Name:** INP     **Sector Name:** I173
**Beat Name:** IN731     **Incident Type:** OUTSIDE DEPARTMENT ASSIST

**Modifying Circumstance:**     **Priority:** 2 - 2
**Alarm Level:**
**User ID:** D022     **Call Source:** T
**Call Type:**     **Device ID:** DISP7
**Reported Offense:**     **Verified Offense:**
**CFS Date/Time:** 12/24/2021 12:04:43 PM     **1st Unit Dispatch:** 12/24/2021 12:12:36 PM

**1st Unit Enroute:** 12/24/2021 12:12:44 PM     **1st Unit Arrive:** 12/24/2021 12:22:54 PM
**Incident Closed:** 12/24/2021 12:33:34 PM
**Reporting District:** IN0173

## SUBJECT INFORMATION

**Person Role:** An initial caller     **Is Primary Caller:** Yes     **Contact:** No
**First Name:** CCSO     **Middle Name:**     **Last Name:**
**Phone No.:**
**Address:**     **City:**
**Apartment/Unit:**     **Building:**
**Misc. Info:**
**Race:** Native Hawaiian or Other Pacific Islander     **Gender:**
**DOB:**     **Age:**
**Height:**     **Weight:**
**Build:**     **Hair:** Other
**Eyes:** Brown
**DL No.:**
**DL State:**     **Caller Name:**
**Caller Phone:**     **Caller Address:**
**Caller City:**     **Caller Building:**
**Caller Apt. Unit:**     **Carrier:**
**Latitude:**     **Longitude:**

INP21-001997

Plaintiffs' Exhibit " I " 004 of 13



| | INP | Reported On: |
|---|---|---|
| | 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 12/24/2021 12:04:43 PM |

**CALL FOR SERVICE**
Case Report Number
**INP21-001997**

Service:                                                         Confidence Factor:
ESN:                                                            Uncertainty Factor:
Cell Site:                                                       Created Date/Time:    12/24/2021
                                                                                       12:04:43 PM

## ADDITIONAL INFORMATION

| Report No. | Is Foreign Report No. | Report Agency |
|---|---|---|
| INP21-001997 | No | INP |

| Disposition | Unit | Primary Unit Indicator | Disposition Comments |
|---|---|---|---|
| REFER TO OTHER<br>AGENCY NO REPORT | INP/I175-B | Yes | |

CCSPD REQUESTING ASSITANCE SERVING OOP AT 1120 GLENCREST NO ANSWER AT DOOR
JAC #24

Comment Date/Time:    12/24/2021 12:04:43 PM

Comment
Text:    CCSO UNIT ONS TO SERV OOP — REQ INPD UNIT RESP NON EMERG

User ID:    D022                                Device    DISP7
                                                ID:

Comment Date/Time:    12/24/2021 12:07:45 PM

Comment
Text:    I175-B RESPONDING WHEN CLEAR

User ID:    D073                                Device    DISP12
                                                ID:

| Unit ID: | INP/I175-B | Agency: | INP |
|---|---|---|---|
| Dispatch Date/Time: | 12/24/2021 12:12:36 PM | Enroute Date/Time: | 12/24/2021 12:12:44 PM |
| Arrive Date/Time: | 12/24/2021 12:22:54 PM | Clear Date/Time: | 12/24/2021 12:33:34 PM |
| Primary Unit Flag: | Yes | Temporary Unit Flag: | No |

Officer
024 - CALVEY, JOHN A

Plaintiffs' Exhibit " I " 005 of 13



| | **INP**<br>1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | **Reported On:**<br>1/5/2022 5:59:48 PM |
|---|---|---|
| **CALL FOR SERVICE**<br>Case Report Number<br>INP22-000036 | | |

**Service:**
**ESN:**
**Cell Site:**

**Confidence Factor:**
**Uncertainty Factor:**
**Created Date/Time:** 1/5/2022 5:59:4 PM

## ADDITIONAL INFORMATION

| Report No.<br>INP22-000036 | Is Foreign Report No.<br>No | Report Agency<br>INP |
|---|---|---|
| **Disposition** | **Unit** | **Primary Unit Indicator** **Disposition Commen** |

**Comment Date/Time:** 1/5/2022 5:59:48 PM
**Comment Text:** 2 OOPS TO BE SERVED, CCSO ON SCN
**User ID:** D006

**Device ID:** DISP7

**Comment Date/Time:** 1/5/2022 6:00:10 PM
**Comment Text:** NAM/MOTYKIE, KEVIN DOB/031670
**User ID:** D006

**Device ID:** DISP7

**Unit ID:** INP/I173-C
**Dispatch Date/Time:** 1/5/2022 6:00:17 PM
**Arrive Date/Time:**
**Primary Unit Flag:** Yes

**Agency:** INP
**Enroute Date/Time:**
**Clear Date/Time:**
**Temporary Unit Flag:** No

**Officer**
024 - CALVEY, JOHN A
**Unit ID:** INP/I175-A
**Dispatch Date/Time:**
**Arrive Date/Time:**
**Primary Unit Flag:** No

**Agency:** INP
**Enroute Date/Time:** 1/5/2022 6:00:28 PM
**Clear Date/Time:**
**Temporary Unit Flag:** No

**Officer**
020 - MARTIN, LARRY

Plaintiffs' Exhibit " I " 006 of 13



| | INP | Reported On: |
|---|---|---|
| | 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 1/5/2022 5:59:48 PM |
| **CALL FOR SERVICE**<br>Case Report Number<br>INP22-000036 | | |

## CALL FOR SERVICE INFORMATION

| | | | |
|---|---|---|---|
| **Verification:** | V - Verified | **Verification Level:** | 1 |
| **Created Date/Time:** | 1/5/2022 5:59:48 PM | | |
| **Location:** | 1120 Glencrest Dr | **Location Name:** | |
| **At Location/In Front:** | At Location | **Location Description:** | |
| **City:** | INVERNESS | | |
| **State:** | | **Zip:** | 60010 |
| **Subdivision:** | **Building:** | **Floor:** | **Apt./Unit No.:** |
| **Low Cross Street:** | BORDEAUX CT | **High Cross Street:** | NEWPORT LN |
| **Area Name:** | INP | **Sector Name:** | I173 |
| **Beat Name:** | IN731 | **Incident Type:** | OUTSIDE DEPARTMENT ASSIST |
| **Modifying Circumstance:** | | **Priority:** | 2 - 2 |
| **Alarm Level:** | | | |
| **User ID:** | D006 | **Call Source:** | T |
| **Call Type:** | | **Device ID:** | DISP7 |
| **Reported Offense:** | | **Verified Offense:** | |
| **CFS Date/Time:** | 1/5/2022 5:59:48 PM | **1st Unit Dispatch:** | 1/5/2022 6:00:17 PM |
| **1st Unit Enroute:** | 1/5/2022 6:00:28 PM | **1st Unit Arrive:** | |
| **Incident Closed:** | | | |
| **Reporting District:**<br>IN0173 | | | |

## SUBJECT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Person Role:** | An initial caller | **Is Primary Caller:** | Yes | **Contact:** | Unknown |
| **First Name:** | CCSO | **Middle Name:** | | **Last Name:** | |
| **Phone No.:** | | | | | |
| **Address:** | | | | | |
| **Apartment/Unit:** | | | | **City:** | |
| **Misc. Info:** | | | | **Building:** | |
| **Race:** | Native Hawaiian or Other Pacific Islander | | | | |
| **DOB:** | | | | **Gender:** | |
| **Height:** | | | | **Age:** | |
| **Build:** | | | | **Weight:** | |
| **Eyes:** | Brown | | | **Hair:** | Other |
| **DL No.:** | | | | | |
| **DL State:** | | | | | |
| **Caller Phone:** | | | | **Caller Name:** | |
| **Caller City:** | | | | **Caller Address:** | |
| **Caller Apt. Unit:** | | | | **Caller Building:** | |
| **Latitude:** | | | | **Carrier:** | |
| | | | | **Longitude:** | |

INP22-0000036

Plaintiffs' Exhibit " I " 007 of 13



| INVERNESS POLICE | Occurred On: |
|---|---|
| 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 1/8/2022 2:45:00 PM |
| | Occurred Between: |
| INCIDENT/OFFENSE REPORT | Reported On: |
| INP22-000050 | 1/8/2022 2:49:17 PM |

## INCIDENT SUMMARY

**Report Type:** Public Service Other Public Service Non - Specific
**Case Disposition:** ADMINISTRATIVELY CLOSED
**Occurred On:** SATURDAY 1/8/2022 2:45:00 PM

**Location:** 1120 Glencrest Dr
**Unit/Apt. No.:**
**City, State, Zip:** INVERNESS, 60010

**Sector (Beat):** I173
**Sub-Beat:** IN0173

**Reporting Agency:** IL0165400 - Inverness Police
**Reporting Officer:** BELMONTE, JOE
**Shift:** 2

**Arrest Related Death or
Officer Non-Fatal Shooting:** No

**Call Source:** POLICE

**Reported On:** 1/8/2022 2:49:17 PM
**Or Between:**

**Location Name:**
**Verification:** V - Verified
**Verification Level:**

**Latitude:** -88.12342014
**Longitude:** 42.12867484

**Response:** 6 - Report to be written - no arrest
**Status:** 9 - Administratively Closed

**Related Case No:**

### Additional Officers

018 - AKIN, RANDY
021 - MAY, SCOTT
022 - MYERSON, ERNIE

**Squad Number:**
**Squad Video:** No

**Evidence Collected:**
**Gang Related:**

**Mental Health Call:**
**Level of Response:**
**Outcome:**

**Suffering From:**

## OFFENSES

## OTHER

**Person/Entity Type:** Other Involved Person
**Name:** MOTYKIE, KEVIN D

| | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** White | **Resident:** | |
| | | **Ethnicity:** Not Hispanic or Latino | **DOB (Age):** 3/16/1970 |
| **Height:** | **Weight:** | **Complexion:** | |
| | | | **Age:** 51 |
| **Hair:** Black | | **Eyes:** Brown | **Juvenile:** No |

INP22-0000050

Page 1 of 4

Plaintiffs' Exhibit "I" 008 of 13



| INVERNESS POLICE | Occurred On: |
| --- | --- |
| 1415 W Baldwin Rd | 1/8/2022 2:45:00 PM |
| Inverness, IL 60067 | Occurred Between: |
| (847) 358-7766 | |
| INCIDENT/OFFENSE REPORT | Reported On: |
| INP22-000050 | 1/8/2022 2:49:17 PM |

**Facial Hair:**
**Attire:**

**Place of Birth:**

**Driver's License Information**

| DLN/ID No: | DL State: | DL Country: |
| --- | --- | --- |
| DL Status: | DL Expiration: | |

**Employer/School Information**

| Employer/School: | Occupation/Grade: |
| --- | --- |
| Employer Address: | Employer CSZ: |

**Aliases**                    **Alias DOB**

**Email Addresses**

| Address Type | Address | City, State, Zip | Country |
| --- | --- | --- | --- |
| Home | 1120 GLENCREST DR | INVERNESS IL., 60010 | United States of America |

| Phone Type | Phone Number | Carrier |
| --- | --- | --- |
| Mobile | (847) 652-8632 | |

**...HER**

Person/Entity Type: Other Involved Person
Name: TORBICK, KATHERINE D

| Sex: Female | Race: White | Resident: |  |
| --- | --- | --- | --- |
| | | Ethnicity: Not Hispanic or Latino | DOB (Age): 9/13/1982 |
| Height: | Weight: | Complexion: | Age: 39 |
| Hair: Blonde | | Eyes: Blue | Juvenile: No |
| Facial Hair: | | Place of Birth: | |
| Attire: | | | |

**Driver's License Information**

| DLN/ID No: | | |
| --- | --- | --- |
| DL Status: | DL State: | DL Country: |
| | DL Expiration: | |

**Employer/School Information**

| Employer/School: | |
| --- | --- |
| Employer Address: | Occupation/Grade: |
| | Employer CSZ: |

**Aliases**

**Email Addresses**                    **Alias DOB**

| Address Type | Address | City, State, Zip | Country |
| --- | --- | --- | --- |
| Home | 1120 GLENCREST DR | INVERNESS, IL 60010 | United States of America |

| Phone Type | Phone Number | Carrier |
| --- | --- | --- |
| Mobile | (323) 807-2838 | |

Plaintiffs' Exhibit "I" 009 of 13



| | INVERNESS POLICE | Occurred On: |
|---|---|---|
| | 1415 W Baldwin Rd | 1/8/2022 2:46:00 PM |
| | Inverness, IL  60067 | Occurred Between: |
| | (847) 358-7766 | |
| | INCIDENT/OFFENSE REPORT | Reported On: |
| | INP22-000050 | 1/8/2022 2:49:17 PM |

## OTHER

**Person/Entity Type:** Complainant
**Name:** MOTYKIE, GARY

| Sex: Male | Race: White | Resident: | |
| | | Ethnicity: Not Hispanic or Latino | DOB (Age): 8/6/1971 |
| Height: | Weight: | Complexion: | Age: 50 |
| | | | Juvenile: No |
| Hair: | | | |
| Facial Hair: | | Eyes: | |
| Attire: | | Place of Birth: | |

**Driver's License Information**

| DLN/ID No: | | | |
| DL Status: | | DL State: | DL Country: |
| | | DL Expiration: | |

**Employer/School Information**

| Employer/School: | | | |
| Employer Address: | | Occupation/Grade: | |
| | | Employer CSZ: | |

| Aliases | | Alias DOB | |

| Email Addresses | | | |

| Address Type | Address | City, State, Zip | Country |
|---|---|---|---|
| Home | 6640 SKYLINE DR | LOS ANGELES, CA 90046 | United States of America |

| Phone Type | Phone Number | Carrier | |
|---|---|---|---|
| Mobile | (323) 807-2636 | | |

## CASE REPORT NARRATIVE

On 08 January 2022 @ 1449 Hours, Officers' May, Akin, Myerson and I met the complainant/owner, Dr. Gary Motykie, at 1120 Glencrest Drive to serve an order of protection to his brother, Kevin D. Motykie and Kevin's girlfriend, Katherine D. Torbick. Prior to our arrival, I verified Dr. Motykie's ownership via the Cook County Accessors Office website. The orders, signed and issued by Judge Greenblatt #1681 on 23 December 2021 at the Third District Courthouse, had several remedies. R02 specifically ordered Kevin and Katherine to vacate the premise immediately upon service.

Officers' May, Akin and Myerson stood by as Dr. Motykie attempted to use his key to open the deadbolt lock at the front door. Dr. Motykie's key did not unlock the door as

Page 3 of 4

Plaintiffs' Exhibit " I " 010 of 13



| INVERNESS POLICE<br>1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | Occurred On:<br>1/8/2022 2:45:00 PM |
| --- | --- |
| | Occurred Between: |
| INCIDENT/OFFENSE REPORT<br>INP22-000050 | Reported On:<br>1/8/2022 2:49:17 PM |

It was obvious that the cylinder had been changed. It was Dr. Motykie's decision to contact a lock-smith in order to gain entry into his house.

At approximately 1500 Hours, Juan Carlos Ramirez from Danny's Keys 24/7 ( 847-789-7555 / Lic. # 192000332 ) arrived at 1120 Glencrest Drive. Mr. Ramirez was able to unlock the deadbolt and entry was made without incident. We were met by Kevin in the foyer of the house. I explained to Kevin why we were there and sat down at the kitchen table with him. I tendered Kevin OOP #210P-31015 and explained the remedies to him. After explaining Kevin's order to him, Katherine appeared from upstairs and I tendered her OOP to her, #210-31014 and explained the remedies to her. I explained to both Kevin and Katherine that they were to vacate the premise immediately while in our presence.

Officers' May, Akin, Myerson and I stood by for approximately 2 1/2 hours while Kevin and Katherine gathered as many personal items as they could within that time frame. Once they left the premise,
Dr. Motykie was going to have Mr. Ramirez change the locks to all the doors. Dr. Motykie also hired a private security company to monitor the house upon his departure.

Both OOP's were entered into LEADS as served on 08 January 2022 @ 1705 Hours by CDC Operator B. Stadtman # 40. LEADS #'s H21G3010 ( Torbick ) & H21G3014 ( Motykie ). The next court date for Kevin and Katherine is 13 January 2022 @ 1330 Hours at 2121 Euclid Ave, Room #107, Rolling Meadows, Illinois.

No further action

Page 4 of 4

Plaintiffs' Exhibit " I " 011 of 13



| | INP | Reported On: |
|---|---|---|
| | 1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | 1/30/2022 12:26:25 PM |
| **CALL FOR SERVICE**<br>Case Report Number<br>INP22-000202 | | |

## CALL FOR SERVICE INFORMATION

| | | | |
|---|---|---|---|
| Verification: | V - Verified | Verification Level: | 1 |
| Created Date/Time: | 1/30/2022 12:26:25 PM | | |
| Location: | 1120 Glencrest Dr | Location Name: | |
| At Location/In Front: | At Location | Location Description: | |
| City: | INVERNESS | | |
| State: | | Zip: | 60010 |
| Subdivision: | Building : | Floor: | Apt./Unit No.: |
| Low Cross Street: | BORDEAUX CT | High Cross Street: | NEWPORT LN |
| Area Name: | INP | Sector Name: | I173 |
| Beat Name: | IN731 | Incident Type: | PUBLIC SERVICE |
| Modifying Circumstance: | | Priority: | 3 - 3 |
| Alarm Level: | | Call Source: | 9 |
| User ID: | D017 | Device ID: | DISP2 |
| Call Type: | | | |
| Reported Offense: | | Verified Offense: | |
| CFS Date/Time: | 1/30/2022 12:26:25 PM | 1st Unit Dispatch: | 1/30/2022 12:27:36 PM |
| 1st Unit Enroute: | 1/30/2022 12:29:18 PM | 1st Unit Arrive: | 1/30/2022 12:36:01 PM |
| Incident Closed: | 1/30/2022 1:01:40 PM | | |
| Reporting District: | IN0173 | | |

## SUBJECT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Person Role: | An initial caller | Is Primary Caller: | Yes | Contact: | Unknown |
| First Name: | KEVIN | Middle Name: | | Last Name: | MOTYKIE |
| Phone No.: | 224 770 1689 | | | | |
| Address: | | | City: | | |
| Apartment/Unit: | | | Building: | | |
| Misc. Info: | | | | | |
| Race: | | | | | |
| DOB: | | | Gender: | | |
| Height: | | | Age: | | |
| Build: | | | Weight: | | |
| Eyes: | | | Hair: | | |
| DL No.: | | | | | |
| DL State: | | | | | |
| Caller Phone: | 224 770 1689 | | Caller Name: | | |
| Caller City: | | | Caller Address: | | |
| Caller Apt. Unit: | | | Caller Building: | | |
| Latitude: | 42.129628 | | Carrier: | | TMOB |
| Service: | WPH2 | | Longitude: | | -88.123269 |
| | | | Confidence Factor: | | 90 |

Plaintiffs' Exhibit "I" 012 of 13



| | INP<br>1415 W Baldwin Rd<br>Inverness, IL 60067<br>(847) 358-7766 | Reported On:<br>1/30/2022 12:26:25 PM |
|---|---|---|
| **CALL FOR SERVICE**<br>Case Report Number<br>INP22-000202 | | |

ESN: 00365
Cell Site: 100 MANCHESTER DR -

Uncertainty Factor: 4.64100
Created Date/Time: 1/30/2022 12:26:25 PM

## ADDITIONAL INFORMATION

| Report No.<br>INP22-000202 | | Is Foreign Report No.<br>No | | Report Agency<br>INP |
|---|---|---|---|---|
| Disposition<br>SITUATION RESOLVED<br>NO REPORT | Unit<br>INP/I173-C | Primary Unit Indicator<br>Yes | | Disposition Comments |

KEVIN MOTYKIE WAS AT RESIDENCE UNDER COURT ORDER TO PICK UP PERSONNAL ITEMS.. KEVIN WISHED TO TAKE TWO VEHICLES, A 2011 MASERATI AND 2000 PORSCHE WHICH WERE NOT SPECIFICALLY NAMED IN ORDER.. REPRESENTATIVES FROM THE HOMEOWNER HAD DIRECTIONS AGREED TO BY THE ATTORNEYS THAT STATED NO VEHICLES WERE TO BE REMOVED..NO ACCESS TO THE GARAGE OR OFFICE AREA, WHICH KEVIN DISPUTED BUT AGREED TO.AKIN #18

Comment Date/Time: 1/30/2022 12:26:25 PM
Comment Text: 1012 IN PLOT OF PRARIE MIDDLE SCHOOL IN UHAUL AND 2 OTHER VEH. REQ PD STAND BY WHILE THEY GET BELONGINGS DUE TO COURT ORDER. SITUATION INVOLVING AN EVICTION AND AN OOP.
User ID: D017
Device ID: DISP2

Comment Date/Time: 1/30/2022 12:27:58 PM
Comment Text: I173-C WILL ADVISE
User ID: D052
Device ID: DISP12

Comment Date/Time: 1/30/2022 12:37:16 PM
Comment Text: COMPL REQ PD MEET THEM AT THE PRARIE MIDDLE SCHOOL ACROSS THE STREET
User ID: D080
Device ID: DISP11

| Unit ID: | INP/I173-C | Agency: | INP |
|---|---|---|---|
| Dispatch Date/Time: | 1/30/2022 12:27:36 PM | Enroute Date/Time: | 1/30/2022 12:29:18 PM |
| Arrive Date/Time: | 1/30/2022 12:36:01 PM | Clear Date/Time: | 1/30/2022 1:01:40 PM |
| Primary Unit Flag: | Yes | Temporary Unit Flag: | No |

Officer
018 - AKIN, RANDY