# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Kevin D Motykie, et al.

                        Plaintiff,

v.

                                            Case No.: 1:23–cv–01779
                                            Honorable Jeremy C. Daniel

Gary Motykie, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

       MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The plaintiffs shall notify the Court on or before 7/17/2026 whether any of them intend to proceed with this lawsuit. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.