**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Kevin D Motykie, et al.

$\qquad\qquad$ Plaintiff,

v.$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Case No.: 1:23–cv–01779
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Honorable Jeremy C. Daniel

Gary Motykie, et al.

$\qquad\qquad$ Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 21, 2026:


$\qquad$ MINUTE entry before the Honorable Jeremy C. Daniel: Rule to show cause hearing scheduled for August 5, 2026, at 9:30 a.m. The Court ordered the plaintiffs to notify the Court whether any plaintiff intended to proceed with the lawsuit. (R. 127.) The plaintiffs did not comply with the Court's order. The plaintiffs must show cause why they should not be sanctioned for failing to comply with the Court's order. Mailed notice. (vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.