**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Kevin D Motykie, et al.
                              Plaintiff,

v.                                                         Case No.: 1:23–cv–01779
                                                           Honorable Jeremy C. Daniel

Gary Motykie, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 5, 2026:


        MINUTE entry before the Honorable Jeremy C. Daniel: Case called for show
cause hearing. Plaintiff did not appear before the Court or contact Chambers regarding
any scheduling conflicts. Telephone status hearing set for 8/12/2026 at 9:30 a.m. The
plaintiffs' failure to appear will result in dismissal for want of prosecution. At least 10
mins prior to the hearing, you are directed to cut and paste this hyper link into a browser:
https://us–courts.webex.com/meet/Judge_Daniel. ALL PARTICIPANTS MUST TYPE
IN THEIR NAME WHEN JOINING THE VIDEO CONFERENCE AND YOUR
CAMERA MUST BE ON WHEN YOUR CASE IS CALLED. You can use the dial in
option ONLY if you do not have access to a device with video capability:
(650)–479–3207, the access code is: 2315 750 8728. All participants must be in a quiet
area while on the line and must be muted until your case is called. Persons granted remote
access to proceedings are reminded of the general prohibition against photographing,
recording, and rebroadcasting of court proceedings. Violation of these prohibitions may
result in sanctions, including removal of court issued media credentials, restricted entry to
future hearings, denial of entry to future hearings, or any other sanctions deemed
necessary by the Court. Mailed notice. (vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.