**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN D. MOTYKIE, | ) | |
| KATHERINE D. TORBICK, and | ) | |
| KATHERINE D. TORBICK, | ) | |
| as natural mother and next friend of JT, a minor, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1: 23-cv-01779 |
| | ) | |
| GARY MOTYKIE, M.D., | ) | |
| OFFICER JOSEPH BELMONTE, | ) | |
| OFFICER RANDY AKIN, | ) | |
| OFFICER SCOTT MAY, and | ) | |
| OFFICER ERNIE MEYERSON and | ) | |
| VILLAGE OF INVERNESS, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:     See attached Proof of Service

PLEASE TAKE NOTICE that on August 12, 2026, at 9:30 a.m. or as soon hereafter as Counsel may be heard, I shall appear before the Honorable Judge Jeremy C. Daniel, Room 1419 in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, via WebEx ( https://us-courts.webex.com/meet/Judge_Daniel)  and then and there move and present the Motion to Voluntarily Dismiss Without Prejudice.

Respectfully submitted,

/s/  James J. Macchitelli

James J. Macchitelli

Attorney Number: 6208773
James J. Macchitelli
(Jimmymacclaw@gmail.com)
Attorney for Plaintiffs
1900 East Golf Road, Suite 950
Schaumburg, Illinois 60173
(847) 414-4532

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion to Voluntarily Dismiss Without Prejudice with the Clerk of the Court and a copy was served on opposing attorneys pursuant to the District Court's ECF system on August 6, 2026.

Thomas G. DiCianni
Ancel Glink, P.C.
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603
tdicianni@ancelglink.com

Lydia A. Bueschel
Valentine Austriaco & Bueschel, P.C.
300 East Randolph Street, Suite 3400
Chicago, Illinois 60601
lbueschel@vablawfirm.com
smorris@vablawfirm.com

Joseph R. Marconi
Ramses Jalalpour
Johnson & Bell, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770 (T)
marconij@jbltd.com
jalalpourr@jbltd.com

/s/  James J. Macchitelli
(Jimmymacclaw@gmail.com)
Attorney for Plaintiffs
1900 East Golf Road, Suite 950
Schaumburg, Illinois 60173
(847) 414-4532