**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN D. MOTYKIE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-01779 |
| | ) | |
| vs. | ) | |
| | ) | Judge Jeremy C. Daniel |
| GARY MOTYKIE, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **August 12, 2026, at 9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jeremy C. Daniel, or any judge sitting in his stead, in **Room 1419** of the Everett McKinley Dirksen Building, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT GARY MOTYKIE, M.D.'S MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)**, a copy of which is herewith served upon you.

Respectfully submitted,

**GARY MOTYKIE, M.D.**

By:   /s/ *Lydia A. Bueschel*
      One of His Attorneys

Lydia A. Bueschel (6274638)
Sandy L. Morris (6270309)
VALENTINE AUSTRIACO & BUESCHEL, P.C.
300 East Randolph Street, Suite 3400
Chicago, Illinois 60601
T: (312) 288-8285
F: (312) 638-8137
lbueschel@vablawfirm.com
smorris@vablawfirm.com
*Attorneys for Defendant Gary Motykie, M.D.*

## <u>CERTIFICATE OF SERVICE</u>

I, Lydia A. Bueschel, hereby certify that the foregoing **Notice of Motion** and **Defendant Gary Motykie, M.D.'s Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(b)_** were electronically filed on August 7, 2026, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/  *Lydia Bueschel*
Lydia A. Bueschel

2